IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Polk, Helen J | Case Number: 07 B 20677 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 5/13/08 | Filed: 11/6/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 31, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,961.21 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,768.73 |
| Trustee Fee: | | 192.48 |
| Other Funds: | | 0.00 |
| Totals: | 2,961.21 | 2,961.21 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Steven O Hamill | Administrative | 3,500.00 | 2,768.73 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | HSBC Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 5. | CitiMortgage Inc | Secured | 5,000.00 | 0.00 |
| 6. | HSBC Mortgage Corp | Secured | 21,500.00 | 0.00 |
| 7. | Internal Revenue Service | Priority | 1,748.81 | 0.00 |
| 8. | Illinois Dept of Revenue | Priority | 262.47 | 0.00 |
| 9. | Bass & Associates | Unsecured | 34.27 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 558.58 | 0.00 |
| 11. | Capital One | Unsecured | 127.56 | 0.00 |
| 12. | Capital One | Unsecured | 399.65 | 0.00 |
| 13. | Chase Bank | Unsecured | 29.66 | 0.00 |
| 14. | Target National Bank | Unsecured | 30.22 | 0.00 |
| 15. | Illinois Dept of Revenue | Unsecured | 2.27 | 0.00 |
| 16. | AT&T Wireless | Unsecured | 69.31 | 0.00 |
| 17. | Calvary Portfolio Services | Unsecured | 72.50 | 0.00 |
| 18. | Internal Revenue Service | Unsecured | 12.47 | 0.00 |
| 19. | American General Finance | Unsecured | | No Claim Filed |
| 20. | DaimlerChrysler Servs North America | Unsecured | | No Claim Filed |
| 21. | Asset Acceptance | Unsecured | | No Claim Filed |
| 22. | Zenith Acquisition | Unsecured | | No Claim Filed |
| 23. | TCF Bank | Unsecured | | No Claim Filed |
| 24. | TCF Bank | Unsecured | | No Claim Filed |
| 25. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Polk, Helen J | Case Number: 07 B 20677 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 5/13/08 | Filed: 11/6/07 |

| 26. Citi Cards | Unsecured | | No Claim Filed |
|---|---|---|---|
| | | _____ | _____ |
| | | $ 33,347.77 | $ 2,768.73 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 192.48 |
| | _____ |
| | $ 192.48 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____